UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
100 STATE STREET, ROOM 2500
ROCHESTER, NEW YORK 14614-1324

CHAMBERS OF
DAVID G. LARIMER
DISTRICT JUDGE

(585) 613-4040
FAX (585) 613-4045

March 9, 2010

Stephen Anglin
3751 West Brambly Place
Tucson, Arizona 85741

RE: ANGLIN v. ASTRUE - 07-CV-6471L

Dear Mr. Anglin:

I have your motion to remove restrictions on Pacer (Dkt. #20) so that you may view documents on-line. I must deny your motion because you have elected to proceed *pro se* at this stage of the case, and *pro se* parties do not have access to the docket sheets electronically since litigants are not permitted to electronically file documents. You are entitled to have copies of the docket sheet and all documents and filings should, of course, be mailed to you. Therefore, you should have access to all relevant documents.

IT IS SO ORDERED.

Very truly yours,

David G. Larimer
United States District Judge

DGL/ea