UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

STEPHEN ANGLIN,

                     Plaintiff,

                                            DECISION AND ORDER

                                            07-CV-6471L

                     v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                     Defendant.
_____

Plaintiff's motion for relief under FED. R. CIV. P. 59(e) or 60(b)(6) is in all respects denied.

IT IS SO ORDERED.

                                            _____
                                                DAVID G. LARIMER
                                            United States District Judge

Dated: Rochester, New York
        September 22, 2010.